ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| EDGARDO GUERRERO FLORES<br><br>Parte Peticionaria<br><br>v.<br><br>MARIMET IRURITA OLIVERO<br><br>Parte Recurrida | KLCE202400803 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Carolina<br><br>Civil Núm.: CA2024RF00153<br><br>Sobre: Divorcio-Ruptura Irreparable |

Panel integrado por su presidenta, la Jueza Cintrón Cintrón, la Jueza Rivera Marchand y el Juez Rodríguez Flores.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de agosto de 2024.

Atendida la *Solicitud de Des[is]timiento* presentada el 23 de agosto de 2024 por la parte peticionaria, Edgardo Guerrero Flores, se declara ha lugar, a tenor con la Regla 83(A) del Reglamento del Tribunal de Apelaciones, 4 LPRA XXII-B, R. 83(A). Por tanto, se ordena el archivo por desistimiento.

Notifíquese.

Lo acuerda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
RES2024_____